DE NADAL, PLAINTIFF AND APPELLEE, v. MARI BROTHERS,
DEFENDANTS AND APPELLANTS.

APPEAL from the District Court of Mayagüez in an Action
of Debt.

No. 1968.—Decided May 1, 1919.

APPEAL—NEW TRIAL.—An order made by a district court refusing to grant a
new trial in a case originating in a municipal court is not appealable as a
rule to the Supreme Court, especially when the amount in litigation is less
than $300.

The facts are stated in the opinion.
Mr. Luis Montalvo Guenard for the appellants.
Mr. A. Nazario Lugo for the appellee.

MR. JUSTICE DEL TORO delivered the opinion of the court.

Cristina C. de Nadal sued Mariano Mari Brothers in the
Municipal Court of Mayagüez to recover the sum of three
hundred dollars. After judgment the case was appealed to
the district court which disposed of it by judgment on May
29, 1918. On June 25 following the defendants moved for a

new trial and the motion was overruled, whereupon they appealed to this court, the transcript having been filed on March 19 last.

At this stage, the plaintiff-appellee moved that the appeal be dismissed, alleging that the order refusing to grant a new trial was not appealable. Her allegation is sustained by the decision of this court in the case of *Rodríguez* v. *Nogueras*, 16 P. R. R. 128, as follows:

"Decisions of district courts denying motions for new trials, in cases originating in municipal courts, are not appealable to the Supreme Court."

Another circumstance in favor of the contention of the appellee is that the amount sued for does not exceed three hundred dollars, and we said in *Mora* v. *Rosaly*, 18 P. R. R. 170, that to allow an appeal in such a case from a ruling on a motion for a new trial when the law does not authorize an appeal from the judgment would amount to an evasion of section 295 of the Code of Civil Procedure, as amended March 9, 1905.

For the foregoing reasons the appeal must be

*Dismissed.*

Chief Justice Hernández and Justices Wolf, Aldrey and Hutchison concurred.